AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7201 - Tax Evasion
(3 counts)

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

26 U.S.C. § 7201 - 5 years prison, $250,000 fine, 3 year Supervised Release, $100 assessment

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT - 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ RANNI K. HILLYER

DISTRICT COURT NUMBER

**CR09-00982 PJH**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on  JOSEPH P. RUSSONIELLO
THIS FORM
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  CYNTHIA STIER, AUSA, TAX DIV.

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR09-00982 PJH

UNITED STATES OF AMERICA,

V.

E-filing

**FILED**

OCT - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RANNI K. HILLYER,

DEFENDANT(S).

## INDICTMENT

26 U.S.C. § 7201 - Tax Evasion (3 counts)

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____.

_____ Clerk

Bail $ _____

10/8/09

JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney

E-filing

FILED
OCT - 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANNI K. HILLYER,<br><br>Defendant. | CR09-00982 PJH<br><br>VIOLATIONS: 26 U.S.C. § 7201-<br>Tax Evasion (Three Counts)<br><br>OAKLAND VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax for 2002 tax year)

On or about the 17th day of October, 2003, in the Northern District of California, RANNI K. HILLYER, then a resident of Pleasanton, California, who during the calendar 2002, was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to the United States of America for the calendar year 2002, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, which was filed with the Internal Revenue Service. In that return, it was stated that their joint taxable income for the calendar year 2002 was the sum of $116,085 and that the amount of tax due and owing thereon was the sum of $37,607. In fact, as she then and there knew, their

taxable income for the calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

COUNT TWO: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax for 2003 tax year)

On or about the 22nd day of September, 2004, in the Northern District of California, RANNI K. HILLYER, then a resident of Pleasanton, California, who during the calendar 2003, was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to the United States of America for the calendar year 2003, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, which was filed with the Internal Revenue Service. In that return, it was stated that their joint taxable income for the calendar year 2003 was the sum of $166,466 and that the amount of tax due and owing thereon was the sum of $39,641. In fact, as she then and there knew, their taxable income for the calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

COUNT THREE: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax for 2004 tax year)

On or about the 17th day of October, 2005, in the Northern District of California, RANNI K. HILLYER, then a resident of Pleasanton, California, who during the calendar 2004, was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2004, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, as married filing separately, which was filed with the Internal Revenue Service. In that return, it was stated that her taxable income for the calendar year 2004 was the sum of $58,635 and that the amount of tax due and owing thereon was the sum of $12,628. In fact, as she then and there knew, her taxable income for the

calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL.

Dated: October 8, 2009

*Walt Bodley*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Division


(Approved as to form: _Cynthia Stier_ )
                              AUSA STIER

INDICTMENT                              3