BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HILLYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0982 PJH |
| Plaintiff, | DECLARATION OF NED SMOCK AND [PROPOSED] ORDER TO MODIFY TRAVEL RESTRICTION |
| vs. | |
| RANNI HILLYER, | |
| Defendant. | |

I, Ned Smock, declare the following:

1. Ranni Hillyer first appeared before this court on October 21, 2009. Counsel for Ms. Hillyer at that appearance did not provide the Court with information about Ms. Hillyer's need to travel for work. As a result, the Court imposed a travel restriction limiting Ms. Hillyer's travel to the Northern and Southern Districts of California.

2. Ms. Hillyer is an employee of Aero Financial, a consulting and private equity firm. Her position requires her to travel frequently to visit both investors and companies managed under Aero. Without the ability to travel, Ms. Hillyer will be unable to fulfill the expectations and needs of her employer.

3. Accordingly, I am asking that Ms. Hillyer's conditions of pretrial release be

DECL. AND PROPOSED ORDER                     1

amended to allow travel within the continental United States so long as she provides at least 24 hour notice and travel details to her United States Pretrial Services Officer and receives prior approval from that officer.

4. The Pretrial Services officer, Paul Mamaril, has no objection to this request. I have also spoken with the assigned Assistant United States Attorney, Cynthia Stier, about the request. She informs me that she does not object to the modification.

I declare that the foregoing is true to the best of my information and belief.

Dated: December 1, 2009                          /S/
                                               NED SMOCK
                                               Assistant Federal Public Defender

### [PROPOSED] ORDER

Good cause appearing therefore, it is the ORDER of this Court that the conditions of release for Ranni Hillyer are modified to allow her to travel within the continental United States provided that she gives at least 24 hour notice and travel details to her assigned United States Pretrial Officer and receives prior approval from the officer.

Dated: December __, 2009                                                
                                               HON. TIMOTHY J. BOMMER
                                               United States Magistrate Judge