UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00982-PJH |
| Plaintiff, | ) | |
| v. | ) | |
| RANNI K. HILLYER, | ) | [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| Defendant. | ) | |

The defendant came before the Court for a trial setting on June 16, 2010. At that hearing, the case was scheduled for a further status hearing on September 1, 2010, at 10:00 a.m.

The parties agreed, and the Court found, that the time between June 16, 2010 and September 1, 2010, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(B)(iv). The parties represent and this Court found that the this delay is necessary to allow counsel for the Defendant to effectively review discovery documents and to prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

For the foregoing reasons, and as stated on the record at the hearing on June 16, 2010, the Court HEREBY ORDERS the period between June 16, 2010 and September 1, 2010, is properly

1  excluded from the speedy trial calculation under Title 18, United States Code, Sections
2  3161(h)(7)(A) and (h)(B)(iv).

### ORDER

For the foregoing reasons, the Court HEREBY ORDERS the period between June 16, 2010 and September 1, 2010, is properly excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and effective preparation for trial.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED

DATED: 7/6/10

_____
DONNA M. RYU
United States Magistrate Judge

[Proposed] Order Regarding
Exclusion of Time, US v. Hillyer,
CR 09-00982-PJH                                    2