BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HILLYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0982 PJH (DMR) |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE AND TO EXCLUDE |
| v. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| RANNI K. HILLYER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The above-captioned matter is set on September 1, 2010 before the duty magistrate judge for a status hearing. The parties request that this Court continue the hearing to September 2, 2010, at 9:30 a.m. before the duty magistrate judge and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 2, 2010.

This continuance is necessary because counsel for Ms. Hillyer is unavailable on September 1, 2010. In addition, this case involves allegations of tax evasion based upon dozens of financial transactions between 2001 and 2004. The government has provided over 60,000 pages of discovery. The defense is actively engaged in reviewing that discovery. The defense needs additional time to review the discovery. In addition, the defense needs time to perform necessary investigation and legal research. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

Therefore, the parties further stipulate and request that the Court exclude time between in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED:  August 4, 2010

_____/s/ Cynthia Stier_____          ____/s/ Colleen Martin_____
CYNTHIA STIER                                    COLLEEN MARTIN
Assistant United States Attorney                 Counsel for Ranni K. Hillyer
Counsel for United States

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

___

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-0982 PJH

1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

4

5

6

7

8

9

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RANNI K. HILLYER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

No. CR-09-0982 PJH (DMR)

[~~PROPOSED~~] ORDER GRANTING
STIPULATED REQUEST TO CONTINUE
HEARING DATE TO AUGUST 25, 2010
AND TO EXCLUDE TIME UNDER THE
SPEEDY TRIAL ACT

11

12

13

14

15

16

17

18

19

20

   The parties jointly requested that the hearing in this matter be continued from September 1, 2010 to September 2, 2010, at 9:30 a.m., and that time be excluded under the Speedy Trial Act between the date of this Order and September 2, 2010, to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Counsel for the defendant is unavailable on September 2, 2010.  In addition, the government has produced a large amount of discovery to the defense, and the defense needs to review that discovery and conduct legal research and investigation.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel,

21

22

23

24

25

   **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from September 1, 2010 at 10:00 a.m. to September 2, 2010, before the duty magistrate judge, and that time between the date of this Order and September 2, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

26

27

28

DATED: ___9/5/2010___

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-0982 PJH