UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> RANNI K. HILLYER, ) <br> ) <br> ) <br>     Defendant. ) <br> ─────────────────────────── ) | No. CR 09-00982-PJH <br><br> **[PROPOSED]** **ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

    This matter came before the Court for a status hearing on September 13, 2010. At that hearing, the case was scheduled for a further status hearing on October 14, 2010, at 9:30 a.m.

    The parties agreed, and the Court found, that the time between September 13, 2010 and October 14, 2010, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii) and (h)(7)(B)(iv). The parties represent and this Court found that the this delay is necessary to allow counsel for the Defendant to effectively prepare for trial, and due to the complexity of this case. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

    For the foregoing reasons, the Court HEREBY ORDERS the period between September 13, 2010 and October 14, 2010, is properly excluded from the speedy trial calculation under Title

1  18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii) and (h)(7)(B)(iv).  The Court finds
2  that the failure to grant the requested continuance would unreasonably deny defense counsel the
3  reasonable time necessary for effective preparation, given the complexity of this case and
4  effective preparation for trial.  The Court finds that the ends of justice served by granting the
5  requested continuance outweigh the best interest of the public and the defendant in a speedy trial
6  and in the prompt disposition of criminal cases.
7  IT IS SO ORDERED
8
9  DATED: 9/15/2010

_____
DONNA M. RYU
United States Magistrate Judge

[proposed] Order Granting Stip Request To
Exclude Time Under The Speedy Trial
Act (No. CR-09-00982-PJH)                    2