BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HILLYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANNI K. HILLYER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-09-0982 PJH (DMR) <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

      The above-captioned matter is set on October 14, 2010 before the duty magistrate judge for a status hearing. The parties request that this Court continue the hearing to November 3, 2010, at 10:00 a.m. before the duty magistrate judge and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and November 3, 2010.

      This case involves allegations of tax evasion based upon dozens of financial transactions between 2001 and 2004. The government has provided over 60,000 pages of discovery. The defense is actively engaged in reviewing that discovery, but has not yet completed that review. The defense needs additional time to review the discovery. In addition, the defense needs time to perform necessary investigation and legal research in order to effectively prepare. The parties

agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED:  October 13, 2010

  /s/ Cynthia Stier                                               /s/ Colleen Martin            
CYNTHIA STIER                                            COLLEEN MARTIN
Assistant United States Attorney                    Counsel for Ranni K. Hillyer
Counsel for United States

SIGNATURE ATTESTATION

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*United States v. Hillyer,* No. CR-09-0982 PJH
Stip. Req. To Continue Hearing Date and to Exclude Time

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>   Plaintiff,                                      )<br>                                                            )<br>   v.                                                  )<br>                                                            )<br>RANNI K. HILLYER,                          )<br>                                                            )<br>   Defendant.                                 )<br>                                                            )<br>                                                            )<br>_____) | No. CR-09-0982 PJH (DMR)<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 3, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be continued from October 14, 2010 to November 3, 2010, at 10:00 a.m. and that time be excluded under the Speedy Trial Act between the date of this Order and November 3, 2010, to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced a large amount of discovery to the defense, and the defense is in the process of reviewing that discovery and conducting legal research and investigation, but has not completed those tasks. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel,

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from October 14, 2010, to November 3, 2010, before the duty magistrate judge, and that time between the date of this Order and November 3, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 10/13/10

_____
HON. DONNA M. RYU
United States Magistrate Judge

*United States v. Hillyer,* No. CR-09-0982 PJH
Stip. Req. To Continue Hearing Date and to Exclude Time