UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00982-PJH |
| Plaintiff, | ) | |
| v. | ) | |
| RANNI K. HILLYER, | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | |

This matter came before the Court for a status hearing on November 3, 2010. At that hearing, the case was scheduled for a trial commencing on September 19, 2011 before the Honorable Phyllis J. Hamilton, and for a hearing on pretrial motions, if any, on July 13, 2011.

The parties agreed, and the Court found, that the time between November 3, 2010, and September 19, 2011, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii); and (h)(7)(B)(iv). The parties represent and this Court found that the this delay is necessary to enable defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel and to effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

1     For the foregoing reasons, the Court HEREBY ORDERS the period between November 3,
2 2010, and September 19, 2011, is properly excluded under the Speedy Trial Act, Title 18, United
3 States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii); and (h)(7)(B)(iv).  The Court finds that the
4 failure to grant the requested continuance would unreasonably deny defense counsel the
5 reasonable time necessary for effective preparation, given the complexity of this case.  The Court
6 finds that the ends of justice served by granting the requested continuance outweigh the best
7 interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal
8 cases.
9 IT IS SO ORDERED

11 DATED: November 12, 2010                  _____
12                                                          LAUREL BEELER
                                                         United States Magistrate Judge